# VERIFIED RETURN OF SERVICE

Job # 341651

### Client Info:
Erik Mishiyev
5000 Culbreath Key Way Apt 1317
Tampa, FL  33611

### Case Info:

**PLAINTIFF(S):**
ERIK MISHIYEV
-versus-
**DEFENDANT(S):**
UMG RECORDINGS, INC., et al.

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA
Court Case # 8:23-cv-1942-MSS-UAM

### Service Info:

**Date Received:** 11/6/2023 at 09:45 AM
**Service:** I Served **INGROVEES**
With: **SUMMONS IN A CIVIL ACTION; INTRODUCTION; EXHIBIT A**
by leaving with **RUDY DOE, AUTHORIZED TO ACCEPT**

**At Business 15821 VENTURA BLVD., STE. 420 ENCINO, CA 91436**
On **11/9/2023** at **02:39 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

### Served Description: (Approx)

Age: **30-40**, Sex: **Male**, Race: **Hispanic**, Height: **Sitting**, Weight: **160-170**, Hair: **Black** Glasses: **No**

I **BRIAN WELLER** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

Signature of Server: _____
**BRIAN WELLER**
Lic # **2018084386 LOS ANGELES COUNTY**
**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **341651**

NOV 15 2023 AM9:40
FILED - USDC - FLMD - TPA




1 of 1