# AFFIDAVIT OF SERVICE

Index #: **8:23-cv-1942-MSS-UAM**
Date Filed: _____
Court Date: _____
Assigned Justice: _____

**MIDDLE DISTRICT OF FLORIDA- FORT MYERS DIVISION**
**STATE OF FLORIDA**

File No.: _____

**Erik Mishiyev**

vs.

**UMG Recordings, Inc., et al.**

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF New York, COUNTY OF ALBANY  SS.:

__James Perone__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On Monday, November 20, 2023 at 9:27 AM. at c/o Corporation Service Company, 80 State Street, Albany, NY 12207 deponent served the within Summons in a Civil Action and Amended Complaint and Jury Trial Demanded with Supporting Papers

on: **Sony Music Entertainment**

**Defendant** therein named.

**CORPORATION #1** ☒  By delivering to and leaving with __Jane Doe, CSC, authorized clerk__ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**DESCRIPTION #2** ☒ (use with #1, 2 or 3)
Sex: Female   Color of skin: White   Color of hair: White   Age: 51 - 65 Yrs.   Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.   Other Features: _____

**#3 WIT. FEES** ☐  $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

Sworn to before me on this 20th day of November 2023

*H Mof*
Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2024



NOV 22 2023 PM 12:40
FILED - USDC - FLMD - TPA

/s/ James Perone
James Perone

Job # S1901094