# AFFIDAVIT OF SERVICE

**MIDDLE DISTRICT OF FLORIDA- FORT MYERS DIVISION**
**STATE OF FLORIDA**

Index #: __8:23-cv-1942-MSS-UAM__
Date Filed: _____
Court Date: _____
Assigned Justice: _____

File No.: _____

**Erik Mishiyev**

vs.                                                                 *Plaintiff(s)/Petitioner(s)*

**UMG Recordings, Inc., et al.**

*Defendant(s)/Respondent(s)*

STATE OF New York, COUNTY OF ALBANY   SS.:

__James Perone__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On __Monday, November 20, 2023__ at __9:27 AM__ at __c/o Corporation Service Company, 80 State Street, Albany, NY 12207__ deponent served the within __Summons in a Civil Action and Amended Complaint and Jury Trial Demanded with Supporting Papers__ on: __The Orchard Music__ __Defendant__ therein named.

**CORPORATION #1** ☒   By delivering to and leaving with __Jane Doe, CSC, authorized clerk__ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**DESCRIPTION #2** ☒  (use with #1, 2 or 3)
Sex: __Female__   Color of skin: __White__   Color of hair: __White__   Age: __51 - 65 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __161-200 Lbs.__   Other Features: _____

**#3 WIT. FEES** ☐  $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

NOV 22 2023 PM12:40
FILED - USDC - FLMD - TPA

Sworn to before me on this 20th day of November 2023

HMgb

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2024



James Perone

Job # S1901093