United States District Court
Middle District of Florida
Tampa Division

ERIK MISHIYEV,

    Plaintiff,

v.                                                        No. 8:23-CV-1942-MSS-UAM

UMG RECORDINGS, INC;
SONY MUSIC ENTERTAINMENT;
THE ORCHARD MUSIC;
YT ROCKET; INGROOVES;
ODMEDIA NETWORK;
and VIOLENT MUSIC BV,

    Defendants.

---

## Unopposed Motion for Extension of Time for UMG Recordings, Inc. and Ingrooves to Respond to Amended Complaint

Defendants Ingrooves and UMG Recordings, Inc. ("UMG") jointly move for an extension of time to file their responses to the Amended Complaint filed on October 26, 2023. Their responses are due November 30, 2023 and December 12, 2023, respectively. UMG and Ingrooves seek a modest extension of the response deadline to January 12, 2024, so that they may file a joint response on behalf of both parties.

Respectfully submitted,

/s/ Andrew H. Bart

_____
Andrew H. Bart (Lead Counsel)
(N.Y Bar No. 1206341)
(*Pro Hac Vice* Motion Pending)
Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036
(202) 891-1600 Phone
(202) 891-1699 Fax
ABart@jenner.com

Loreal Rock (D.C. Bar No. 1656476)
(*Pro Hac Vice* Motion Pending)
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax
LRock@jenner.com

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose this motion for extension of time.