

DJ Short-e <djshortehot4eva@gmail.com>

## Copyright Counter Notifications Glitch

**DJ Short-e** <djshortehot4eva@gmail.com>  
To: "Rock, Loreal R." <LRock@jenner.com>

Sat, Jan 20, 2024 at 1:07 PM

---------- Forwarded message ---------  
From: <creator-support@youtube.com>  
Date: Sat, Jan 21, 2023 at 6:55 AM  
Subject: Re: Copyright Counter Notifications Glitch  
To: <djshortehot4eva@gmail.com>

Hi Erik,

Thanks for getting back.

Please know that it's entirely for the copyright owners to decide who can use their content and whose not. If you plan to include copyright-protected material in your video, you'll generally need to seek permission to do so first. YouTube can't grant you these rights and we can't help you find the parties who can grant them to you. You'll have to research and handle this process on your own or with a lawyer's help.

For example, YouTube cannot grant you the rights to use content that has already been uploaded to the site. If you wish to use someone else's YouTube video, you may want to reach out to them directly. Some creators list ways they can be contacted in their channel.

As for the claimant info, we will only be able to provide you with their email addresses. Please see them below:

- 1nBmVV6U6DY - peeleremi@gmail.com
- 9Lb01gKxTzQ - showsnickyjam@gmail.com
- dSKxm6Bk8FI and K5y-8-bU8p8 - youtubeclaimsdisputes@ingrooves.com
- kDJZZCXQPR0 and ngLzAoSfdP4 - peeleremi@gmail.com
- onlRQn0zCW8 - disputes@theorchard.com
- z5bxmI59DV4 - copyright@odmedia.nl

You do not need to seek retraction from the claimant of UGgngkA2vHw since the strike for that content is inactive. I'll check with the team about how you can move forward to LXlc_6XA1VE.

I hope this helps for now. In case you have follow-up questions, please let me know.

Thank you,  
Haze

Google YouTube Team

Google | YouTube Team | www.youtube.com

*We value your feedback! If you receive a survey, please take a minute to rate your support experience. And don't forget to visit the Creator Hub for more help growing your channel! Check it out*

*Protect your YouTube channel with 2-Step Verification. Get Started*

--

### DJ Short-e / Erik Mishiyev

HOT4EVA Entertainment  
President & CEO  
Cell: 917-727-4684

http://www.youtube.com/djshortehot4eva
http://www.facebook.com/djshorte
http://www.twitter.com/djshorte
http://www.djshorte.com