Erik Reporter <erikmmjreporter@gmail.com>

## talent dynamics

**Debra Annick** <annick@talentdynamics.com>  Fri, Jun 18, 2021 at 12:58 PM
To: erikmmjreporter@gmail.com

Erik

We recently saw some of your work on YouTube and wanted to touch base to see if you have any interest and/or availability to look at new opportunities.  We'd like to learn more about you and your current status.

If you're not familiar with our company, we are a placement and coaching firm based in Dallas.  We are hired by local stations and networks to help them find their on and off-air journalists.  We are not agents, there is no fee to you.

Is there a good time I could call you?  Or, feel free to call me on my direct line 972-444-2133.

Thanks.  Hope to hear back soon.


Debra Damiano Annick

Placement Specialist

**NOTE: We are always looking for bi-lingual anchors, reporters and meteorologists for Spanish-language newscasts.  Please let us know if you are bi-lingual and have your current demo on file or if you know someone, please send them my way!**



(972)-444-2133

annick@talentdynamics.com

Talent Dynamics, LLC

106 N Denton Tap Rd.

Ste 210, 222

Coppell, TX 75019

www.TalentDynamics.com

***"Talent Dynamics has the most sophisticated digital library and database in the industry to provide our broadcast company clients video example clips of on-air newscasts."***