**M Gmail**

DJ Short-e <djshortehot4eva@gmail.com>

# Re: Copyright Counter Notifications

**YouTube Copyright** <youtube-disputes+2tmbsrbojo3h30q@google.com>   Sun, Sep 22, 2024 at 3:22 AM
Reply-To: YouTube Copyright <youtube-disputes+2tmbsrbojo3h30q@google.com>
To: djshortehot4eva@gmail.com

Hello,

Keep in mind that when you submit a counter notification, you consent to sharing the information in it, including your personal information, with the claimant. If disclosing your personal information is a concern, an authorized representative (such as an attorney) may email the counter notification on your behalf to copyright@youtube.com.

Also remember that the counter notification process is a legal process. The claimant is required to take legal action against you to prevent the content at issue from being reinstated to YouTube. You can learn more about the counter notification process in our Help Center.

Sincerely,
The YouTube Team