**10/16/2024**

Example of another DJ channel on YouTube posting same type of content that Defendants are not interfering with but instead have targeted Plaintff and took his DJ mixes down yet they allow countless other DJs to post freely.

This specific DJ seen in this screen-shot started his channels around the same time Plaintiff did in 2008 and has been allowed to grow and flourish without Plaintiffs interfering or holding his videos hostage, like they did and are still doing, to intentionally stop Plaintiff's livlihood and and his only real Platform.

