UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,

v.                                                 Case No: 8:23-cv-1942-MSS-NHA

UMG RECORDINGS, INC., et al.,

    Defendants.

## PLAINTIFF'S NOTICE OF DEPOSITIONS

**COMES NOW** the Plaintiff files this Notice with attached confirmation of scheduling to inform the court and the Defendants of the Zoom Depositions he has set in place today via his certified court reporters, which will take place on 12/02/2024 from 12pm-3pm. (see attached)

**Remote Zoom link:**

https://us02web.zoom.us/j/89748954076?pwd=a2z8gcmqornXYMvcoHB9mWMq6GCY4k.1

Meeting ID: 897 4895 4076

Passcode: 321562

Simply having pended unresolved motions does not justify postponing discovery for an unreasonable period of time within the purview of Rule 1.280. See: Deltona Corporation v. Bailey, 336 So. 2d 1163, 1169 (Fla. 1976).

1

The Defendants' attorney is not responding to Plaintiff's requests to mediate, settle or proceed with the Discovery phase in this case. The Plaintiff has supplied sufficient time and more than 30 days' notice to counsel. Mr. Mishiyev welcomes the Defendants to choose alternate dates and times if the date he has chosen does not work for them.

The burden lays with the Plaintiff to prove his case and in accordance with FL procedures and Rule(s) 1.280, Rule 34 and Rule 26(b), as depositions are necessary to <u>discover the exact employees responsible</u> for the allegations found in Plaintiff's complaint(s). The Plaintiff would like to specifically depose all Defendant's managers and/or directors who are responsible for handling and processing the DMCA claims, disputes and Copyright Counter Notifications they receive from content creator like Mr. Mishiyev, the Plaintiff.

Trial courts follow the Florida Rules of Civil Procedure to determine when to stay discovery. Therefore, a party filing a motion to dismiss a case is <u>not sufficient</u> for the trial court to stay discovery. Discovery will proceed even while the court resolves the motion.

**RESPECTFULLY SUBMITTED**
in Tampa, Florida,

This 29th day of October 2024.

<u>/s/Erik Mishiyev</u>
Plaintiff Pro Se
4504 W Spruce St Apt 365
Tampa, FL 33607
(917) 727-4684

2