

# Florida Department of State

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

May 27, 2020

Erik Mishiyev
Candidate for United States Representative (76150)
5000 Culbreath Key Way, Apt. 1-317
Tampa, Florida 33611

Dear Mr. Mishiyev:

This will acknowledge receipt of your request to have your name placed on the Division of Elections' website as a candidate for the office of United States Representative, District Fourteen. Your name has been placed on the 2022 active candidate list.

All of the Division of Elections' publications and forms are available on the Division's website at https://dos.myflorida.com/elections. It is your responsibility to read, understand, and follow the requirements of Florida's election laws. Therefore, please print a copy of Chapter 99, Florida Statutes, and the Federal Qualifying Handbook.

Federal candidates should also contact the **Federal Election Commission** for further information on campaign finance. The website for the Federal Election Commission is www.fec.gov or call 1-800-424-9530.

If you have any questions, please contact our office at (850) 245-6280.

Sincerely,

Kristi Reid Willis, Chief
Bureau of Election Records

KRW/mcc

