UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

Plaintiff,                                       Case No: 8:23-cv-1942-MSS-NHA

v.

UMG RECORDINGS, INC, *et al.*,

Defendants.
_____/

### PLAINTIFF'S MOTIONS TO COMPEL RULE 26(F) CONFERENCE RESPONSE AND TO COMPEL DISCOVERY

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") files these Motions to Compel Defendants to cooperate with him based on the Honorable Judge Scriven's signed order on **12/09/24** (Document 61). The Plaintiff requested a required Rule 26(f) Conference so he can pursue justice for the tremendous amount of damage caused to him and his business. **Defendants have not responded** to Plaintiff's RULE 26(f) requests that he has made on two different occasions. The first attempt was e-mailed to counsel on 12/09/24 and another was made today on 12/16/2024. Both E-mail requests have gone unanswered by the Defendants' counsel. The Plaintiff also respectfully requests the Court Compels a Discovery phase to begin so the Plaintiff can find out exactly who is interfering with his content and intellectual property and videos and why? **(See Exhibits Attached)**

1

**WHEREFORE**, for the reasons stated in this filing and all previous filings, Plaintiff respectfully requests the Court to grant these Motions: **1)** Compel the Defendants to cooperate with Rule 26(f) Conference requests and for **2)** Compel Defendants to cooperate with Discovery and Production of Document requests. *Plaintiff reasserts he is in desperate need of immediate injunctive relief and is accumulating debt and major losses every day his videos are allowed to be held hostage unlawfully by these Defendants*.

Respectfully Submitted Under Oath on December 16, 2024.

ERIK MISHIYEV
/s/ Erik Mishiyev
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on counsel for the Defendants by email as follows:

Andrew H. Bart (Lead Counsel)
(N.Y. Bar No. 1206341)
Pro Hac Vice
Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036
(202) 891-1600 Phone
(202) 891-1699 Fax
ABart@jenner.com

Loreal Rock (Maryland Bar No.1712140143)
Pro Hac Vice
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax
LRock@jenner.com


RESPECTFULLY SUBMITTED this <u>16TH</u> day of December 2024



ERIK MISHIYEV
<u>/s/ Erik Mishiyev</u>
Plaintiff Pro Se
6697 Emmy Ln #309
Wesley Chapel, FL 33544