UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

Plaintiff,                                             Case No: 8:23-cv-1942-MSS-NHA

v.

UMG RECORDINGS, INC, *et al*.,

Defendants.
_____/

### PLAINTIFF'S MOTIONS TO WITHDRAW HIS MOTON TO COMPEL RULE 26(F) CONFERENCE

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") files this *Motion to Withdraw* his Rule 26(f) Conference response requested prior, as Defendants counsel Ms. Rock has communicated with Plaintiff today 12/20/24 stating that her clients are not available due to the holiday season and she will Confer with me as soon as she touches base with her clients. However Plaintiff does not withdraw the other part of his original compel motion(s) which is to respectfully direct and compel the Defendants and their associates mentioned in the complaint to cooperate with a lawful and timely Discovery and Production of Documents process, immediately because it's been 5 years of excruciating pain and suffering trying to resolve these issues.

1

**WHEREFORE**, for the reasons stated in this filing and all previous filings, Plaintiff respectfully requests the Court to: **1)** Compel Defendants and their associates to cooperate with Plaintiff's Discovery and Production of Document requests and confer with Plaintiffs 26(f) request as soon as possible but no later than 30 days from the Judges order on 12/9/24.

*Plaintiff reasserts he is in desperate need of immediate injunctive relief and is accumulating debt and major losses every day his videos are allowed to be held hostage unlawfully by these Defendants.*

Respectfully Submitted Under Oath on December 20, 2024.

ERIK MISHIYEV
/s/ Erik Mishiyev
Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on counsel for the Defendants by email as follows:

Andrew H. Bart (Lead Counsel)
(N.Y. Bar No. 1206341)
Pro Hac Vice
Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036
(202) 891-1600 Phone
(202) 891-1699 Fax
ABart@jenner.com

Loreal Rock (Maryland Bar No.1712140143)
Pro Hac Vice
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax
LRock@jenner.com

RESPECTFULLY SUBMITTED this 16TH day of December 2024

ERIK MISHIYEV
/s/ Erik Mishiyev
Plaintiff Pro Se
6697 Emmy Ln #309
Wesley Chapel, FL 33544