## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| Erik Mishiyev, <br><br> Plaintiff, <br><br> v. <br><br> UMG Recordings, Inc., at al., <br><br> Defendants. | Case No. 8:23-cv-01942-MSS-NHA |

### DEFENDANTS' OPPOSED TIME-SENSITIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT

In accordance with Middle District of Florida Local Rule 3.01(e), Defendants UMG Recordings, Inc., Ingrooves (incorrectly sued as "Ingrovees"), Sony Music Entertainment, and Orchard Enterprises NY Inc. (incorrectly sued as "The Orchard Music") (collectively, "Defendants") hereby move for entry of an order granting Defendants an extension of time to respond to the Third Amended Complaint (Doc. 65) through and including January 24, 2025. Plaintiff opposes Defendants' requested extension.

Defendants' current deadline to respond to the Third Amended Complaint is January 10, 2025, thus Defendants respectfully request time-sensitive treatment of the motion.

1. On December 20, 2024, Plaintiff filed his Third Amended Complaint. (Doc. 65). Plaintiff's filing was 19 days before the 30-day deadline the Court provided. (Doc. 61).

2. Defendants' deadline to respond to the Third Amended Complaint is currently January 10, 2025. (Doc. 61).

3. Federal Rule of Civil Procedure 6(b) permits the Court, in its discretion, to enlarge a period of time for "good cause" when a request is made prior to the expiration of time originally allowed.

4. Defendants respectfully submit that good cause exists for an extension of time for them to respond to Plaintiff's Third Amended Complaint. Plaintiff's filing of the Third Amended Complaint coincided with the middle of the holiday season during a time when Defendants' offices were closed (i.e., from December 23, 2024, until January 6, 2025), being filed on the Friday before Christmas and making Defendants' response deadline shortly after the New Year Holiday.

5. In addition, Defendants' former lead counsel Andrew Bart has retired and filed a motion to withdraw on December 30, 2024 (Doc. 74), and Gianni Servodidio, who filed his Motion to Appear Pro Hac Vice on December 27, 2024 (Doc. 72), is preparing to take over this case as Defendants' lead counsel along with Kara Brandeisky, who also filed a Motion to Appear Pro Hac Vice on December 27, 2024 (Doc. 73).

6. Defendants therefore seek a brief 14-day extension of time until January 24, 2025, to file their response to Plaintiff's Third Amended Complaint,

which filing will still be earlier than the deadlines originally set by the Court (January 8 for Plaintiff, and January 29 for Defendants). (Doc. 61).

7. This Motion is made in good faith and not for purposes of unreasonable or unnecessary delay.

8. Plaintiff will not be prejudiced by this brief extension.

WHEREFORE, Defendants respectfully request that this Court grant an extension of their deadline to respond to the Third Amended Complaint through January 24, 2025.

## LOCAL RULE 3.01(g) CERTIFICATION

Defendants' counsel conferred with Plaintiff and certifies that Plaintiff opposes the relief requested in this Motion.

Dated: January 3, 2025

        s/Loreal R. Rock
Gianni P. Servodidio
(*Pro Hac admission pending*)
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1645
Fax: (212) 909-0805
GServodidio@jenner.com

Kara Brandeisky
(*Pro Hac admission pending*)
Loreal R. Rock
(*Pro Hac Vice*)
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, D.C. 20001
Tel: (202) 639-3865 Phone
Fax: (202) 639-6066 Fax

        KBrandeisky@jenner.com
        LRock@jenner.com

*Attorneys for Defendants*