**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIK MISHIYEV,

Plaintiff,                                            Case No: 8:23-cv-1942-MSS-NHA

v.

UMG RECORDINGS, INC, *et al.*,

Defendants.

_____/

## NOTICE OF NEW VIOLATIONS OF THE DMCA

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") files these NEW pieces of screenshot exhibit evidence on the record that show **on-going** interference and fraudulent claims and violations of the DMCA and Fair Use act, which could be included in further complaints if the court deems proper. **(Please See Exhibits "A" attached below)**

**WHEREFORE**, for the reasons stated in this filing and all previous filings, Plaintiff respectfully requests the Court to: **1)** Compel Defendants to stop stalling and stonewalling the plaintiff and being Rule 26(f) Conference requests and for **2)** Compel Defendants to cooperate with Discovery and Document requests. Plaintiff reasserts he is in desperate need of immediate injunctive relief and is accumulating debt and major losses daily because of all of this from 2018-2025!

# EXHIBITS "A"

# JANUARY 2025 INTERFERENCE & FRAUDULENT CLAIMS







If any of these videos or videos in question from past present and the future were affecting or harming the Defendants then they would have filed a lawsuit but Plaintiff is protected by Fair Use Copyright laws and they will not win in a court of law because Plaintiff is not bootlegging or infringing, instead he is creating transformative works that are showcasing himself as a news reporter, journalist, DJ, entertainer as found all over YouTube by much bigger channels who are not being interfered with MALICIOUSELY or harassed like the Plaintiff is by these Defendants.

Respectfully Submitted Under Oath on January 5th, 2024.


/s/ Erik Mishiyev
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on counsel for the

Defendants by email as follows:

Andrew H. Bart (Lead Counsel)
(N.Y. Bar No. 1206341)
Pro Hac Vice
Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036
(202) 891-1600 Phone
(202) 891-1699 Fax
ABart@jenner.com

Loreal Rock (Maryland Bar No.1712140143)
Pro Hac Vice
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax
LRock@jenner.com

RESPECTFULLY SUBMITTED this 5TH day of January 2025.

ERIK MISHIYEV
/s/ Erik Mishiyev
Plaintiff Pro Se