UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

Plaintiff,                                              Case No: 8:23-cv-1942-MSS-NHA

v.

UMG RECORDINGS, INC, *et al.*,

Defendants.
_____/

### **PLAINITFF RESPONSE TO DEFNDANT'S ANSWER TO HIS 2ND AMENDED COMPLAINT**

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") files this response with respect to the Defendants answer to his 2nd Amended complaint. Plaintiff reasserts all his allegations and information contained in the docket he has filed along with these NEW pieces of exhibits that show **on-going** interference in January 2025 of false and fraudulent claims and violations of the DMCA and procedures that were ignored when dealing with Fair Use. Defendants are even being accused by one of their own artists, DRAKE, who sued them and others for sabotaging his career as well. The defendants' hiring another expensive fancy lawyer is a clear and desperate attempt to misconstrue the complaint and cover up the facts in this case which on its face has merit and includes allegations within the statute of limitations 2011-2025. **(See Exhibits B) Plaintiff is alleging this is being done maliciously to stop him from competing!**

1

Plaintiff has shown this court a pattern of suspicious and unlawful activity by these Defendant's and some of their Tampa Bay associates interfering and targeting him by using fraudulent copyright takedowns as a <u>WEAPON</u> to destroy his career. No other DJ in Tampa Bay or in the United States of America is going through this, only Mr. Mishiyev AKA DJ Short-e who used to be one of the most highly respected and successful local DJ's in Tampa and beyond. **(See Exhibits A)**

Plaintiff was on his way to becoming a superstar but instead was left Bankrupt and Defamed while his competitors were allowed to flourish and prosper while posting the same type of content Plaintiff was. Defendants' actions caused injury and harm to Plaintiff emotionally, financially and reputably when **<u>Defendants' decisions were influenced by Plaintiff's competitors</u>** who also utilize YouTube and are profiting hundreds of millions of dollars off YouTube but Plaintiff was deplatformed and demonetized by these Defendants because he was viewed as a threat and had the potential to become more successful than all of their DJ's signed to their labels.

Plus, Plaintiff believes he was also targeted by these Defendants and their associates because he appeared to be a Hip Hop DJ who supported the Republican party and shared and posted conservative videos which included pro Trump videos, Pro Supreme Court Judge Kavanah videos and they (the Defendants and their associates in the music industry on radio) despise that for some evil reason.

**EXHIBITS "A"**

**TARGETING BEGAN AS EARLY AS 2011 IN TAMPA
AFTER THIS ARTICLE WAS PUBLISHED IN TAMPA BAY TIMES.**

## LISTS | TECHNOLOGY

# ON THE SHORT LIST

Erik Mishiyev, a.k.a. DJ Short-e, has been an aspiring mogul since high school, when he got his first turntable. Since then, he's DJ'd at clubs around the world, interviewed celebrities like Trina, Pharell Williams and David Blaine, developed a network of nightlife websites and created a local-access TV program, *The Short-e Show*, that aired in the mid 2000s. • Building such a resume requires Mishiyev to maintain huge scrolls of business contacts, e-mail addresses, music mixes, VIP guest lists and more. • Mishiyev, 32, now splits his time between Tampa, New York and Miami, where he's working on an updated version of *The Short-e Show*. We recently chatted about the technology he uses to build his brand — and perhaps someday an empire. — **Jay Cridlin** cridlin@tampabay.com

### STEP 1: GET CONNECTED

Networking is all about connections, and Mishiyev began making them at an early age. "Before there was the Internet, I was actually a computer nerd. I had my own Bulletin Board System, a BBS — I used to run a BBS as a high school kid with like three phone lines in my basement." His website went up in 1996. "They'd see a section where they could put their e-mail address and click submit, and be part of my newsletter list. I'd build my list that way." Today he estimates he has about 25,000 contacts, including e-mail addresses, cell numbers and social media. He uses an e-mail marketing service called Mad Mimi to keep his database intact.

### GO DIRECT WITH TEXT

In New York, Miami and Tampa, Mishiyev has a collection of cell numbers that he can utilize for direct-text alerts. When he's in town for a gig, he can let hundreds of friends know with a few thumbstrokes. "But you don't want to be too annoying with it," he says. "I don't have 10,000 cell-phone numbers — I just don't talk to that many people. ... I know promoters who pay for that stuff and do that. But I'm more personal when it comes to the cell-phone thing."

> **DJ Short-e**
> He'll be celebrating his birthday with a party the week of Jan. 17 at Hyde Park Cafe in Tampa. Watch short-e.com for details.


Handout photo
**Aspiring music mogul DJ Short-e offers networking tips.**

### WATCH AND LEARN

These days, Mishiyev's endgame is getting people to check out his YouTube channel (youtube.com/theshorteshow), which is a source of revenue that enhances his brand. "I like to use the e-mail list to get my videos to go viral," he says. "An event is great, but if you want to get a video out, it's all basically by people clicking on the link, checking out the video, interacting, commenting, rating the video, sharing the video." Over the years, he has calculated that for his videos to get optimal attention, the best time to send out a link is late in the week, around 7 p.m., so people on both coasts can check it out during prime surfing hours. His strategy seems to be working — Mishiyev's YouTube videos get 5,000 hits a day, and have drawn more than 10 million views since 2006.

### CREATING PLAYLISTS

"To this day I still would like to represent on the radio, or be syndicated nationally," Mishiyev says. "That's the goal." To help him get there, he creates monthly Top 40 playlists for AOL Radio. When he's in a club, though, his strategy is based on that night's vibe. "A lot of times I'll do what's called open format — I'll read the crowd, and based on my experience and keen eye and unique tastes for music, I'll play something that'll make everybody happy. But I tend to like to keep the ladies happy, primarily. As long as the girls are dancing, everybody's happy."

### MANAGING IT ALL

So how does Mishiyev manage his personal to-do list? Simple: A virtual assistant. "She's in New York," he says. "She has a spreadsheet where she keeps my booking log, my contacts, my promoter list, the different people we want to touch this coming year, some of our goals." When he's in a city for an extended period, he sometimes hires a temporary assistant who knows the scene. But it's usually just someone young who wants experience. "I'm not P. Diddy yet," he laughs. "I just can't put people on a salary."

January 7, 2011

**PLAINTIFF WAS A RESPECTED DJ GETTING PRESS SINCE 1999!**



**EXHIBITS "B"**

Case 8:23-cv-01942-MSS-NHA    Document 87    Filed 01/27/25    Page 6 of 10 PageID 629

# JANUARY 2025 INTERFERENCE & FRAUDULENT CLAIMS





7





If any of these videos in question from past, present and future were affecting or harming the Defendants then they could or should have filed a lawsuit against Plaintiff or any other DJ posting this type of content but they know and everyone else knows this is common content found on YouTube and Plaintiff is protected by Fair Use Copyright laws and they will not win in a court of law because Plaintiff is not bootlegging or infringing, instead he is creating transformative works that are showcasing himself as a news reporter, journalist, DJ, entertainer as found all over YouTube by much bigger channels who are not being interfered with **MALICIOUSELY** or harassed like the Plaintiff is by these Defendants.

*Respectfully Submitted Under Oath on January 27th, 2025.*

/s/ Erik Mishiyev
Plaintiff Pro Se

9

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on counsel for the Defendants by email as follows:

Gianni P. Servodidio (Lead Counsel)
(N.Y. Bar No. 2619039) Pro Hac
Vice Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1620 Phone
(212) 891-1699 Fax
GServodidio@jenner.com

Andrew H. Bart (Lead Counsel)
(N.Y. Bar No. 1206341)
Pro Hac Vice
Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036
(202) 891-1600 Phone
(202) 891-1699 Fax
ABart@jenner.com

Loreal Rock (Maryland Bar No.1712140143)
Pro Hac Vice
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax
LRock@jenner.com