United States District Court
Middle District of Florida
Tampa Division

ERIK MISHIYEV,

    Plaintiff,

v.                                                                            No. 8:23-CV-1942-MSS-NHA

UMG RECORDINGS, INC;
SONY MUSIC ENTERTAINMENT;
THE ORCHARD MUSIC;
YT ROCKET; INGROVEES;
ODMEDIA NETWORK;
and VIOLENT MUSIC BV,

    Defendants.

---

## Declaration of Spencer Meade in Support of Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment and <u>Cross Motion for Summary Judgment</u>

I, Spencer Meade, declare as follows:

    1.    I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth below.  This declaration is being submitted in support of Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment.

    2.    Defendant UMG Recordings, Inc. ("UMG") is a record company that creates, manufactures, advertises, promotes, sells, licenses, and distributes some of the world's most popular music.  UMG owns or controls

exclusive rights to the copyrights to many of the most famous sound recordings performed by both classic and contemporary music artists.

3. I am employed by UMG as Director of Legal Content Protection. I have held that position since 2019, and I have held other roles within UMG's Content Protection department since I joined the company in 2015. In my role as Director of Legal Content, I participate in UMG's content claiming and monitoring efforts across social media platforms, including YouTube.

**YouTube's Content ID System**

4. YouTube provides a copyright owner (or their authorized agent) with access to several content management tools to protect copyrighted content that appears on YouTube.[1] One such tool is Content ID. Copyright owners provide YouTube with a digital feed of their copyrighted works for use with Content ID. YouTube then creates individual digital "fingerprints" of each such work and stores them in its database. Content ID uses state-of-the-art "fingerprinting" technology to scan videos uploaded by users and identify matches to copyrighted works in its database. If Content ID identifies copyright-protected content in a user's video, YouTube notifies the copyright owner (or the owner's authorized agent) and gives the copyright owner three choices: (a) block the video from being viewed, (b) monetize the video by

---

[1] *Overview of copyright management tools*, YouTube Help, https://support.google.com/youtube/answer/9245819 (last visited Jan. 15, 2025).

claiming a portion of any advertising revenue generated from the video, or (c) track the video's viewership statistics. YouTube allows the copyright owner to establish settings within the Content ID system to block, monetize, or track certain kinds of content automatically. YouTube also allows copyright owners to make different choices by region, for example, blocking certain content in some countries and monetizing it in other countries.[2]

5. Users who upload content to YouTube must agree to YouTube's Terms of Service, which contemplate participation in the Content ID system. Specifically, the Terms of Service provide that "the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so," that YouTube "may use automated systems that analyze your Content to help detect infringement and abuse," and that YouTube "reserve[s] the right to remove or take down some or all" of any content in breach of the Terms of Service "in [YouTube's] discretion."[3]

6. YouTube provides a dispute and appeal process for Content ID claims. Once Content ID identifies copyright-protected content in a video a user has uploaded, a Content ID claim is created and presented to the

---

[2] *How Content ID works*, YouTube Help, https://support.google.com/youtube/answer/2797370 (last visited Jan. 15, 2025).
[3] *Terms of Service*, YouTube (Dec. 15, 2023), https://www.youtube.com/static?template=terms.

copyright owner to either block, monetize, or track the video. Once the copyright owner has made its choice, the uploader may either accept or dispute the Content ID claim, or, if the video has been blocked, to immediately escalate to the appeal stage. If the uploader chooses to dispute the claim, then the copyright owner has the choice to either release or reinstate the claim. If upon reinstatement, the uploader chooses to appeal rather than accepting the claim, the copyright owner has one final choice to either release the claim or request a takedown.[4]

7. Takedown requests are different from Content ID claims.[5] A takedown request is a legal request defined and governed by the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512. YouTube has a separate process for copyright takedown requests. Upon receiving a takedown request, YouTube decides whether to remove the video or allow the video to remain on YouTube. If YouTube removes a video in response to a takedown request, the uploader can submit a counter notification claiming the content was removed erroneously. YouTube then decides whether to forward the counter notification to the copyright owner or whether to reject the counter notification without notifying the copyright owner. If YouTube forwards the counter

---

[4] *Dispute a Content ID claim*, YouTube Help, https://support.google.com/youtube/answer/2797454 (last visited Jan. 15, 2025).
[5] *What is a copyright claim?*, YouTube Help, https://support.google.com/youtube/answer/7002106 (last visited Jan. 15, 2025).

notification to the copyright owner, and the copyright owner does not provide evidence of legal action within 10 days, YouTube will reinstate the video.[6]

8.  As part of my job duties, I manage Content ID claims and send takedown requests to YouTube. As a result, I have access to UMG's Content Management System ("CMS") account on YouTube that allows UMG to manage its Content ID claims and takedown requests and access records relating to these activities in the ordinary course of business. The CMS allows us to look at the potentially infringing content side-by-side with the matching copyright-protected content we have uploaded.

9.  For as long as I have worked as Director of Legal Content Protection at UMG, since 2019, it has been our policy to view the potentially infringing content side-by-side with our matching copyright-protected content and conduct a legal review whether or not the video is infringing or a fair use before taking any action to reinstate a disputed Content ID claim or request a takedown of content on YouTube.

**Plaintiff's Allegations in the Third Amended Complaint**

10. I have reviewed the Third Amended Complaint ("TAC") filed by Plaintiff. *See* ECF No. 65. Notably, none of the allegations identify any specific takedown requests forwarded by or on behalf of UMG and instead merely lump

---

[6] *Learn about copyright removal requests*, YouTube Help, https://support.google.com/youtube/answer/13823830 (last visited Jan. 15, 2025).

together all "defendants" and claim that "Defendants have continued to harm and harass Plaintiff in emails found from 2022, 2023 and into 2024 by targeting Plaintiff and sending false claims and [DMCA] takedown notices." *Id.* ¶ 61.

11.     Nonetheless, in order to investigate this matter, I searched CMS for all the video links identified in the TAC to identify those that were subject to takedown requests sent by UMG.  I was able to confirm that that UMG sent takedown notices for copyright-protected content that appeared in the following of Plaintiff's videos identified in the TAC:[7]

*Table 1*

| Video Link Referenced in Plaintiffs' Third Amended Complaint | Takedown Request Sent | Copyright-Protected Content | Supporting Documents |
|---|---|---|---|
| http://www.youtube.com/watch?v=ngLzAoSfdP4 | 1/20/2019 | "Energy" – Drake | Ex. A – CMS Record |
| http://www.youtube.com/watch?v=kDJZZCXQPR0 | 2/20/2019 | "Dark Horse" – Katy Perry, "Cold Water (Don Omar Remix)" – Major Lazer | Ex. B – CMS Record |
| http://www.youtube.com/watch?v=1nBmVV6U6DY | 2/20/2019 | "Rock This Party" – Bob Sinclair | Ex. C – CMS Record |

---

[7] I was also able to confirm that UMG initially chose to monetize Plaintiff's videos identified in Table 1, claiming a portion of the advertising revenue generated from Plaintiff's use of UMG's copyrighted content.  However, because Plaintiff disputed and appealed UMG's right to monetize the videos, UMG was forced to issue takedown requests.

6

| URL | Date | Title | Exhibit |
|---|---|---|---|
| http://www.youtube.com/watch?v=zIo3zNDGbY0 | 1/18/2019 | "Biggie/Tupac Live Freestyle" – Funkmaster Flex & Big Kap. Feat DJ Funkmaster Flex, Big Kap | Ex. D – CMS Record |
| http://www.youtube.com/watch?v=G5NWOzNz3cY | 1/18/2019 | "Speedin'" – Rick Ross | Ex. E – CMS Record |
| http://www.youtube.com/watch?v=6H4h2UESE9w | 1/18/2019 | "A Who She Ne Dun (Wake De Man)" – Cutty Ranks | Ex. F – CMS Record |
| http://www.youtube.com/watch?v=4fZFa5cuIEE | 1/18/2019 | "What Lovers Do (feat. SZA)" – Maroon 5 | Ex. G – CMS Record |
| http://www.youtube.com/watch?v=WJhM8A93Npg | 1/18/2019 | "Empire State Of Mind" – JAY-Z | Ex. H – CMS Record |
| http://www.youtube.com/watch?v=ZCU2h3drj08 | 1/18/2019 | "In my Bed (So So Def Mix)" – Dru Hill | Ex. I – CMS Record |
| http://www.youtube.com/watch?v=FE6wj7BCPj0 | 1/21/2019 | "I Can't Help Myself (Second Version)" – Four Tops | Ex. J – CMS Record |
| http://www.youtube.com/watch?v=HYJRs13ODgs | 1/21/2019 | "Blurred Lines (Instrumental)" – Robin Thicke | Ex. K – CMS Record |
| http://www.youtube.com/watch?v=O8qOiHu0OQ4 | 1/21/2019 | "Swish Swish (Official)" – Kate Perry | Ex. L – CMS Record |

12. Based on CMS records, I confirmed I made the determination to send a takedown notice for each of the videos in Table 1 based on a good faith belief that the video was infringing UMG's exclusive rights and was not a fair

7

use, based on a side-by-side comparison of Plaintiff's video and our copyright protected content.

13. I sent every takedown notice in Table 1 more than three years before Plaintiff filed this lawsuit on August 28, 2023. ECF No. 1.

14. If I or anyone else at UMG sent any other takedown notice regarding any other video uploaded by Plaintiff not identified in the Third Amended Complaint, we only would have done so based on a good faith belief that the video was infringing UMG's exclusive rights and was not a fair use, based on a side-by-side comparison of Plaintiff's video and our copyright protected content, in accordance with UMG policy.

I declare under penalty of perjury under the laws of the State of New York and the United States that the foregoing is true and correct.

Executed this 18th day of February 2025.

/s/ Spencer Meade
Spencer Meade
