United States District Court
Middle District of Florida
Tampa Division

ERIK MISHIYEV,

    Plaintiff,

v.                                                                      No. 8:23-CV-1942-MSS-NHA

UMG RECORDINGS, INC;
SONY MUSIC ENTERTAINMENT;
THE ORCHARD MUSIC;
YT ROCKET; INGROVEES;
ODMEDIA NETWORK;
and VIOLENT MUSIC BV,

    Defendants.

_____

### Declaration of Loreal R. Rock in Support of Moving Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment

I, Loreal R. Rock, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney at Jenner & Block LLP, and I represent UMG Recordings, Inc., Isolation Network, Inc., Sony Music Entertainment, and Orchard Enterprises NY, Inc. (collectively, the "Moving Defendants") in the above-captioned case.

2. I am personally familiar with the facts and circumstances in this case and submit this declaration in support of Moving Defendants' Combined

Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Chapter 7 bankruptcy petition, filed in the United States Bankruptcy Court for the Middle District of Florida on May 5, 2021.

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Amended Summary of Assets and Liabilities and Schedule A/B filed in the United States Bankruptcy Court for the Middle District of Florida on June 11, 2021.

Dated: February 18, 2024              /s/ *Loreal R. Rock*
                                          Loreal R. Rock