# M A N D A T E

## DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

This cause having been brought to this Court for review, and after due consideration the Court having issued its opinion;

YOU ARE HEREBY COMMANDED that such further proceedings be had in said cause, if required, in accordance with the decision of this Court, incorporated as part of this order, and with the rules of procedure and laws of the State of Florida.

WITNESS the Honorable Chief Judge Daniel H. Sleet of the District Court of Appeal of the State of Florida, Second District, and the seal of said Court at Tampa, Florida, on this day.

| | |
|---|---|
| DATE: | February 21, 2025 |
| CASE NO. | 2D2023-1242 |
| COUNTY OF ORIGIN: | Hillsborough County |
| L.T. CASE NO. | 20-CA-8301 |
| CASE STYLE: | ERIK MISHIYEV, |
| | Appellant(s) |
| | v. |
| | ORLANDO DAVIS, BEASLEY MEDIA GROUP, LLC, |
| | Appellee(s). |

*Mary Elizabeth Kuenzel*
2D2023-1242 2/21/25
Mary Elizabeth Kuenzel, Clerk
2D2023-1242 2/21/25



cc:
HILLSBOROUGH CLERK
RACHEL ELISE FUGATE
KEIRON JACKMAN

ALLISON SINCLAIR LOVELADY
MINCH MINCHIN
ERIK MISHIYEV

MEP