IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

  Plaintiff,                                       Case No.: 8:23-cv-01940

v.

UMG Recordings, Inc., *et al.*,

  Defendants.
_____/

## PLAINTIFFS' FINAL RESPONSE TO DEFENANTS AND HIS PENDING "MOTION FOR SUMMARY JUDGEMENT"

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") files his final response to the Honorable Judge Scriven and this clerks with respect to the pending Motion for Summary Judgement and the Defendant's latest response and states the following and rests his case:

1. The Defendants who have stonewalled the Plaintiff for several years and have made a mockery of this court filing **false affidavits** that are not supplied or supported by YouTube or any of their employees and **should be considered hearsay**.

2. The Plaintiff has supplied claims within the statute of limitations and the court already denied Defendant's attempt to dismiss his complaint(s) and failed.

3. Plaintiff has supplied a mandate and 2DCA order on 1/31 that

1

should lead this court to granting Plaintiff's Motion for Summary Judgment as that related case involves Erik's evil DJ rivals who have direct relationships with these Defendant's and their employees for over 20 years and he can prove it.

4. The Defendants employees in their copyright departments took the law into their own hands, instead of taking the Plaintiff to court to resolve any copyright disputes they have with his content.

5. Plaintiff owns all the content and videos mentioned in this case and is protected by the Fair Use doctrine, plus Defendants are hypocrites and clearly violated the DMCA.

**WHEREFORE**, considering all the case laws and evidence filed in this case and because the Honorable Judge Scriven already agreed that Mr. Mishiyev's allegations are not time barred and these incidents are ongoing, the Plaintiff prays this court grant the Motion for Summary Judgement and the relief sought for the damage and injuries Plaintiff suffered from as a direct result of the Defendant's actions or lack thereof, that destroyed his livelihood, ruined his reputation and placed him in a hardship from 2019-2025.

Respectfully submitted under oath on February 24th, 2025.

/s/Erik Mishiyev
6697 Emmy Lane Apt 309
Wesley Chapel, FL 33544

## **CERTIFICATE OF SERVICE**

In accordance with the laws. A copy of this filing has been emailed to counsel on record for the Defendants listed below:

Loreal R. Rock
LRock@jenner.com
(D.C. Bar No. 1656476)
*Pro Hac Vice*

Kara V. Brandeisky
KBrandeisky@jenner.com
(D.C. Bar No. 90020421)
*Pro Hac Vice*

Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax

*Attorneys for Defendants UMG Recordings, Inc.; Isolation Network, Inc.; Sony Music Entertainment; and Orchard Enterprises NY, Inc.*

Case 8:23-cv-01942-MSS-NHA

Submitted on this 24th day of February 2025.

/s/Erik Mishiyev
Plaintiff