United States District Court
Middle District of Florida
Tampa Division

ERIK MISHIYEV,

    Plaintiff,

v.                                                  No. 8:23-CV-1942-MSS-NHA

UMG RECORDINGS, INC;
SONY MUSIC ENTERTAINMENT;
THE ORCHARD MUSIC;
YT ROCKET; INGROVEES;
ODMEDIA NETWORK;
and VIOLENT MUSIC BV,

    Defendants.

_____

**Declaration of Loreal R. Rock in Support of Defendants
UMG Recordings, Inc.; Isolation Network, Inc.; Sony Music
Entertainment; and Orchard Enterprises NY, Inc.'s
<u>Reply in Support of Cross Motion for Summary Judgment</u>**

    I, Loreal R. Rock, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am an attorney at Jenner & Block LLP, and I represent UMG Recordings, Inc., Isolation Network, Inc., Sony Music Entertainment, and Orchard Enterprises NY, Inc. (collectively, the "Moving Defendants") in this litigation.

2.   I am personally familiar with the facts stated in this declaration and submit this declaration based on my personal knowledge unless stated otherwise.

3.   On Saturday, February 22, 2025, I received several emails from Plaintiff that were addressed to me and counsel for other parties that Plaintiff has filed cases against in state and federal courts across the country. The subject line read "1 TIME GLOBAL SETTLEMENT GLOBAL OFFER OR I WILL PROCEED WITH CIVIL AND CRIMINAL PROSECUTION".

4.   The first email, sent at 10:42AM, demanded a "global settlement" payment from all parties in the amount of $100 million dollars. Plaintiff stated that his demand "is good until 3/21/2025" and threatened that, after that date, he would demand a settlement payment of at least $200 million dollars. The Plaintiff reiterated that he will not settle "for any less than 9 figures."

5.   Plaintiff's second email, sent at 11:43AM, requested "a 'structured' settlement" and payment of $1 million dollars "per month for the next 100 months."

6.   Plaintiff's third email, sent at 1:04PM, stated *inter alia*, "I know you're all very smart people and had a lot of great schooling but you'd be fools if you didn't think of the possibility of the FBI or CIA watching these cases that could possibly turn into criminal."

7. Plaintiff's fourth and final email for the day, sent at 2:22PM, stated that he will "stop competing" with the parties and "will gladly retire" if he receives "[his] settlement asking price of $1,000,000 per year for the next 100 months." Plaintiff threatened that, until then, he will continue to "file away" lawsuits "until counsel can convince their clients this is a losing battle."

8. Attached hereto as **Exhibit A** is a true and correct copy of the emails I received from Plaintiff, as discussed in paragraphs 3 through 7.

9. On Wednesday, February 19, 2025, just a few days prior to the barrage of emails discussed above, I received an email from Plaintiff threatening to file a lawsuit in state court against the Moving Defendants that would assert claims for intentional interference with business relations and violation of Florida's Deceptive and Unfair Trade Practices Act—i.e., claims that were already dismissed with prejudice by this Court as preempted by the Copyright Act.[1] (*See* ECF No. 38 at 3). Attached hereto as **Exhibit B** is a true and correct copy of this correspondence.

Dated: March 10, 2025                                /s/ Loreal R. Rock
                                                                             Loreal R. Rock

---

[1] Just a few days ago, on March 6, 2025, Plaintiff filed a complaint against Moving Defendants UMG and SME, and their CEOs, in Florida state court asserting, amongst several others, claims for intentional interference with business relations and violation of Florida's Deceptive and Unfair Trade Practices Act. *See Mishiyev v. Beasley Media Group, et al.*, No. 25-CA-001914, Doc Index No. 4, (Fla. 13th Jud. Cir. Mar. 6, 2025).