# EXHIBIT A

Case 8:23-cv-01942-MSS-NHA   Document 105-1   Filed 03/10/25   Page 1 of 4 PageID 948

| | |
|---|---|
| **From:** | Erik M |
| **To:** | Allison Lovelady; Damon Whitaker; Michael McMullen; Rock, Loreal R.; Lesia@iheartmedia.com; Ezequiel Romero; Rachel E. Fugate; Rachel Matteo-Boehm; Dylan Smith; Noah H. Rashkind; aweltz@lottfischer.com |
| **Cc:** | Keiron Jackman |
| **Subject:** | Re: 1 TIME GLOBAL SETTLEMENT GLOBAL OFFER OR I WILL PROCEED WITH CIVIL AND CRIMINAL PROSECUTION |
| **Date:** | Saturday, February 22, 2025 2:22:38 PM |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



One last thing on this settlement if your clients really want me to stop competing and stop trying to be an entertainer or dj I will gladly retire if I get my settlement asking price of $1,000,000 per year for the next 100 months for 20 years of lost investments properties bankruptcies moving around the country several times trying to restart my life only for this to continue to happy and lost more time money and of course the excruciating pain I've felt every day especially when the weekend comes around as those were my big money nights another weekend is about to pass by where I am on the sidelines and Dj's are making big bucks are all the world but my reputation is ruined beyond repair.

Unless your clients put me on the radio and sign me to their record labels there is no way I can "make it" with this type of abuse.

I will stop emailing now I always get very emotional on the weekends cause I know tonight is when I should be coming home with thousands of dollars somewhere Djing but I can't! Not to mention my song should be playing on the radio and should be getting promoted but I'm not getting a fair chance at that either.

I have said enough and will continue to file away until counsel can convince their clients this is a losing battle and eventually I will prevail even if I have to wait another 3 years.

Thank You,
Erik Mishiyev
917-727-4684

```
This email and any files transmitted with it are confidential and intended
solely for the use of the individual or entity to whom they are addressed.
```

On Sat, Feb 22, 2025 at 1:04 PM Erik M <erikmishiyev@gmail.com> wrote:
> I know you're all very smart people and had a lot of great schooling but you'd be fools if you didn't think of the possibility of the FBI or CIA watching these cases that could possibly turn into criminal.
>
> I already for a call back from an attorney from the attorneys generals office for the consumer rights complaint I put against all 3 major radio stations in Tampa that aren't letting me advertise.
>
> I'm just saying… I hope we can resolve this because I needed your clients to succeed and still do! But not their jealous bias antisemitic employees they are my direct rivals who have evil greedy intensions for a long time.

Again if you look at the circumstantial evidence and the old and on going incidents it's clear they don't want me to compete and they all have Yoruba channels and platforms and I don't?

Please forward this message to your clients if you want me to send you the voicemail that one of the FL generals attorneys left me yesterday, I will.

I lost my youth! This is a very serious legal matter to me. I was 27 years old the last time I had any stable income while your clients are making million!!!

Thank You,
Erik Mishiyev
917-727-4684

```
This email and any files transmitted with it are confidential and intended
solely for the use of the individual or entity to whom they are addressed.
```

On Sat, Feb 22, 2025 at 11:43 AM Erik M <erikmishiyev@gmail.com> wrote:
> Lastly I do not mind a "structured" settlement your clients can collectively pay me $1,000,000 per month for the next 100 months.
>
> Thank You,
> Erik Mishiyev
> 917-727-4684
>
> ```
> This email and any files transmitted with it are confidential and intended
> solely for the use of the individual or entity to whom they are addressed.
> ```
>
> On Sat, Feb 22, 2025 at 10:42 AM Erik M <erikmishiyev@gmail.com> wrote:
>> TO: Counsel for UMG/Sony Music, YouTube, DJ Khaled, We the Best Music, iHeartMedia, Beasley Media, COX Media Group and their associates/employees.
>>
>> PLEASE SHARE THIS 1 TIME GLOBAL SETTLEMENT OFFER WITH YOUR CLIENTS IN THE CASES I HAVE AGAINST THEM AND LET THEM KNOW I BELIEVE ALL OF THE PARTIES LISTED ABOVE HAVE FINANCIAL TIES AND STAKES AND SEEM LIKE A MONOPOLY TO ME FROM MY PERSPECTIVE AS A SELF EMPLOYED PERSON JUST TRYING TO MAKE IT.
>>
>> IT'S FACTUAL WEALTHY PEOPLE LIKE DJ KHALED USES HIS INFLUENCE AND WEALTH VIA BRIBES AND COERCION TO KEEP HIM AND HIS RECORD LABEL ON TOP SO I COULD NOT TAKE THE #1 SPOT WHICH I KNOW I COULD HAVE HAD!
>>
>> I AM NOT IMPRESSED WITH DJ KHALED AND HIS RECORD LABEL AND HOW HE BRIBES DRAKE AND JUSTIN BIEBER THEN BRIBES ALL THE RADIO STATIONS AND USES HIS MONEY TO BLOCK AND COMPETITION.
>>
>> I CAN ALSO TALK ON THE MICROPHONE JUST LIKE DAVIS AND RATLIFF, THIS IS EASY TO ME, I CAN DJ ON THE TURNTABLES TOO. THE NOTION THAT I AM NOT ALLOWED TO DO THIS OR EVEN ADVERTISE MYSELF OR ANY OTHER TYPE OF BUSINESS I TRY

TO LAUNCH IS WHERE YOUR CLIENTS ARE GOING TO HAVE A BIG PROBLEM.

**WHAT IF I WANTED TO RUN FOR CONGRESS AS A REPUBLICAN? WILL THEY ONLY AIR MY DEMOCRATICAL RIVALS COMMERCIALS AND BLOCK MINE? THAT IS CALLED ELECTION INTERFERENCE ESPECIALLY IF ALL 3 MAJOR COMPANIES ARE DEFAMING ME AND UNDERMINING ME. WILL YOUTUBE CONTINUE TO SHADOWBAN ME AND CENSOR ME AND MANIPULATE THE VIEWS? I HAVE EVIDENCE OF ALL OF THIS.**

THIS GLOBAL SETTLEMENT OF **$100,000,000 MILLION DOLLARS** IS GOOD UNTIL 3/21/2025 AFTER THAN I AM GOING TO BE ASKING FOR **$200 MILLION DOLLARS**, WHICH IS KHALED'S AND WE THE BEST MUSICS NET WORTH COMBINED.

I COULD HAVE BEEN THE DJ KHALED OF TAMPA BUT I WAS DEFAMED SABOTAGED AND DISCRIMINATED FROM OBTAINING THAT TYPE OF SUCCESS. PROBABLY BECAUSE I DID NOT BRIBE ANYONE OR PARTICIPATE IN AN UNDER THE TABLE PAY TO PAY SCHEME. AND PROBABLY BECAUSE I AM A TRUMP SUPPORTER AND PROBABLY BECAUSE I AM WHITE JEWISH DJ/RAPPER THAT WAS A THREAT TO ALL OF YOUR CLIENTS BECAUSE I HAD A BIG FOLLOWING AT ONE TIME AND WAS ON MY WAY TO BECOMING A STAR!

I KNOW WHAT I AM WORTH AND I AM NOT SETTLING FOR ANY LESS THAN 9 FIGURES. I LOST 20 YEARS OF MY LIFE AND LOST PROPERTY BAD CREDIT CHAPTER 7 THIS THAT AND HUMILIATED!

I CAN NOT GET MY YOUTH BACK. I AM 47 YEARS OLD NOW! THIS IS AN URGENT LEGAL MATTER THAT WHEN DEPOSITIONS HAPPEN I AM POSITIVE YOUR CLIENTS WILL INCRIMINATE THEMSELVES CRIMINALLY TOO AND OPEN UP A BIG CAN OF WORMS FOR ALL OF YOUR CLIENTS! I AM NOT A STUPID PERSON.

I WOULD APPRECIATE THE COUNSEL DISCUSS THIS POSSIBILITY OF A GLOBAL SETTLEMENT, SEND THIS TO YOUR CLIENTS AND THEIR INSURANCE COMPANIES.

**THE 2ND DCA VICTORY WILL EVENTUALLY LEAD TO A VICTORY FOR MY IN ALL MY CASES ESPECIALLY IF WE GO TO TRIAL AND I CAN SHOW HOW I AM BEING SINGLED OUT.**

RESPECTFULLY BUT URGENTLY,

ERIK MISHIYEV
PLAINTIFF

This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they are
addressed.