IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

   Plaintiff,                                          Case No.: 8:23-cv-01942

   v.

UMG Recordings, Inc., *et al.*,

   Defendants.

_____/

<u>DECLARATION OF ERIK MISHIYEV IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND REPONSE TO DEFENDANT'S REPLIES</u>

    I, Erik Mishiyev, hereby declare, pursuant to 28. U.S.C. § 1746, the following is true and correct.

1. I am representing myself in this case and have recently won a favorable decision in the 2DCA (See state case 20-CA-8301) which involves Plaintiff's associates who play their music in Florida and beyond. We are **NOW** in the Discovery Phase and depositions have been set but I highly doubt they are going to show up.

2. I have more experience creating content on YouTube than all the attorneys in this case and even the Defendants as I was invited to join YouTube as one of their first DJs with a "Show Deal" back in 2007. Their declarations are hearsay and mean nothing.

3. Defendants have not shown this court that they are litigating any

other lawsuits like this because they can't, Plaintiff has been targeted by Defendants and some of their Florida artists and DJs.

4. I Erik Mishiyev will swear under oath and on the stand in front of a Judge or Jury that all the videos I have posted on YouTube from 2007-2025 are original and belong to me and not the Defendants.

5. I created all the videos and channels mentioned in this case on my computer which are considered news reporting or commentary or promotional videos that are IN FACT transformative works that include my face, my voice, my logos and original content and music that the Defendants clearly do not own the rights to. **Defendants do not have any UNDISPUTED defenses or rights that is a lie, and they know it. I am the creator and owner**.

6. As far as I know, I am the only authentic DJ in Tampa that is dealing with this while my rivals and competitors who play Defendants' music on the radio are allowed to be DJs freely.

7. I believe this is not being done to just anyone, it's being done to me because I used to receive a lot of good press, I used to pack the nightclubs, and I was growing fast on YouTube.

8. I also state under oath that I discovered a recent commercial bribery and pay to pay scheme involving these Defendants and the

    radio stations they distribute their artists and music through.

9. I believe any declarations or affidavits submitted by the Defendants or their counsel are irrelevant and hearsay and an attempt to confuse the court and the Judge.

10. I believe common sense will prevail in this trial court without having to waste the appeals courts time. This court already ruled that the allegations are not time-barred, and the facts are the facts.

11. Nothing has changed since The Honorable Judge Scriven's ruling except a new Hac Vice attorney making an unnecessary appearance while filing frivolous Declarations that mean nothing.

12. I filed an affidavit from a witness named Eric Green dated 02/18/2025 which was notarized and he also stated that I am not know for posting copyrighted material and that because of the Defendants his charity Everyone's Youth United was harmed too, because I was his right hand man with his talent shows that helped the inner-city youth, but when Defendants caused my income to suddenly stop, and I could barely afford to support myself.

13. My YouTube channel(s) were my only source of income, and the Defendants' associates in the radio industry (who are my evil rivals) knew that and **influenced them to break the law.**

14. I have been posting videos on YouTube from 2007 to 2025 and have never been sued for copyright infringement, ever!

15. I received fraudulent claims of copyright infringement and takedowns from these Defendants before and after the statute of limitations and have been dealing with this since 2013-2025 when Defendants have been trying to steal the earnings of my highest rated videos that were earning me the most money. They would take them down, I would re-upload them, but those videos would never gain the same type of momentum, they did this in a pattern.

16. I believe the Defendants are doing this to me intentionally and on purpose to stop me from becoming a big star in the music industry because some of their artists and associates are envious and jealous of the success I once had. **Some DJs make millions of dollars per year just from YouTube alone.**

17. I used to support these Defendants and their artists and played their music in the clubs since I was in high school, and I was just minding my own business doing what DJs regularly do. I just happened to be the only DJ here who was 1 step away from becoming a big music and TV star, but the Defendants conspired to stop me, while their artists and DJs went on to flourish instead.

18. I thought it was against the rules for Defendants counsel to share confidential l settlement communications with the opposing party. I do not understand why counsel shared this private information in their latest Declaration. Plaintiff knows he should be worth millions!

19. I don't believe Defendants and counsel understand the DMCA and Fair Use laws and it's clear they are either playing dumb or trying to trick this court to set a **very bad precedent.**

20. I believe I am being targeted because I am a white Jewish Trump supporter who used to have a big African American following in the Hip Hop scene and **on 01/2024 I got an anti-Semitic voicemail admitting that one of the Defendants artists named DJ Khaled** and their associates are the root of this problem as they have financial ties and stakes with these Defendants for 25 years.

21. I believe the Defendants and their associates used fraudulent copyright claims and takedowns to ruin my career and momentum.

This declaration is submitted under oath on 03/11/2025,

<u>/s/ Erik Mishiyev</u>
Erik Mishiyev
Plaintiff Pro Se
6697 Emmy Lane Apt 309
Wesley Chapel, FL 33544
917-727-4684

## **CERTIFICATE OF SERVICE**

In accordance with the laws. A copy of this filing has been emailed to counsel on record for the Defendants listed below:

Loreal R. Rock
LRock@jenner.com
(D.C. Bar No. 1656476)
*Pro Hac Vice*

Kara V. Brandeisky
KBrandeisky@jenner.com
(D.C. Bar No. 90020421)
*Pro Hac Vice*

Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax

*Attorneys for Defendants UMG Recordings, Inc.; Isolation Network, Inc.; Sony Music Entertainment; and Orchard Enterprises NY, Inc.*

Case 8:23-cv-01942-MSS-NHA


Submitted on this 10th day of March 2025.

/s/Erik Mishiyev
Plaintiff