# AFFIDAVIT OF MR. ERIC GREEN IN SUPPORT OF PLAINTIFF
## FEBRUARY 18TH, 2025

STATE OF  FLORIDA  )

COUNTY OF  VOLUSIA  )

BEFORE ME, the undersigned authority, personally appeared **ERIC GREEN**, who after being duly sworn, deposes and states as follows:

01. My name is Eric Green, Founder of Boys 2 Men International, a non-profit 5013c organization. In exchange for Erik Mishiyev ("Mr. Mishiyev") lending his services to me with my talent shows, I agreed to call the local bars and nightclubs to try and book Mr. Mishiyev aka DJ Short-E because I remember him as one of the Bay area's most sought out and successful DJs in the past.

02. From March 2021 to February 2025, I called various venues all throughout the Tampa, Florida area to try and book Mr. Mishiyev but oddly and shockingly, I was still unsuccessful.

03. On February 10th, 2025 I called the 3 biggest radio stations (Beasley Media, Cox Media and iHeartMedia) to get quotes for some radio ads I had planned for a joint venture with Mr. Mishiyev at Whiskey Joe's in Tampa for spring-break. These events would have also benefited my charity and plans for our children, but this too was interfered with.

04. Beasley did not return my calls; COX Media did not return our calls either but iHeartMedia did and sent us a proposal but then backed out.

05. I do know that Mr. Mishiyev is Jewish and has been dealing with antisemitic discrimination against him for 20+ years and has even been threatened with violence by Defendants <u>Arlandal Davis</u> of Beasley Media's WiLD 94.1FM, and <u>Kevin Ratliff</u> formerly of 95.7FM owned by iHeartMedia and <u>DJ Ekin</u>, real name <u>Bobby Hack</u> who works at COX Media 101.5FM The Vibe. In my humble opinion, all of these individuals or competitors seem to be acting as gatekeepers and hit men that are assigned to target and sabotage DJ Short-E. It feels like a big crime mob family or corporate monopoly against us. We need and rely on these radio stations to market our events just like everyone else.

06. Defendants iHeartMedia and their sales reps sent us a contract to sign on <u>2/17/2025</u>, but after Mr. Mishiyev emailed Defendants our 15 second radio commercial, Plaintiff stopped negotiations after they realized whose voice it was, even though Mr. Mishiyev did not mention or promote his DJ name in the commercial. We were under the impression that as long as Mr. Mishiyev did not use the trademark name "SHORT-E" that is currently in dispute, then we would have a fair and equal opportunity to do business with them, but that was not the reality.

07. At one time iHeartMedia, Beasley Media and COX Media would allow my charity organization named "Everyone's Youth United" to advertise freely on their radio stations, but not anymore. I believe this to be true because I am associated with Mr. Mishiyev and these Defendants must have a vendetta against him that in turn affected me too.

08. I believe these actions were taken and these types of statements were made on behalf of DJ Khaled, We The Best Music, Beasley Media and

iHeartMedia employees throughout the years out of envy, jealousy and spite to sabotage their main competitor, Mr. Mishiyev.

09. I also called Club Skye again in **January 2024** to see if I could book Mr. Mishiyev there since he worked at this venue before until Defendants stole his contract there and placed themselves in his place. Ownership at Club Skye, "Lori" I believe her name was stated that Kevin Ratliff and Arlandal Davis and DJ Christion of We The Best stated Mr. Mishiyev does cocaine and nobody likes him anymore.

10. I called several other venues, including Hard Rock Hotel, Blue Martini and many more, but they all seemed to give me the cold shoulder after I mentioned Mr. Mishiyev's stage name DJ Short-E. I was shocked because when I first met Mr. Mishiyev he was booked for 3 to 4 nights per week and had a really great following.

11. I am a former army vet with a slight disability, but I can recall an event that my organization produced where I had iHeartMedia DJ's and Beasley Media DJ's like Arlandal Davis working with Plaintiff coincidentally for an annual talent show I produced. I tried to introduce Mr. Mishiyev to both the station managers at Beasley and iHeartMedia but they avoided my attempts to help the Plaintiff find work.

12. In my opinion, I believe these Defendants view Mr. Mishiyev as a threat and instead of trying to help him they have set out to destroy his reputation and DJ career by interfering and using their on-air radio positions to influence and put weight behind their actions/statements they made to countless 3rd parties maliciously to deter them from working with Mr. Mishiyev, who they defamed.

13. I believe the actions of these Defendants not only affected Mr. Mishiyev but had a great financial impact on our after-school programs and talent shows that used to benefit the inner-city youth & parents.

14. On another note, I've known Mr. Mishiyev since 2005 and know for a fact that he does not use cocaine and does not post copyrighted material and is a good law-abiding citizen who is always glad to lend a helping hand whenever I need him.

15. I also believe these Defendants were complicit and acted as co-conspirators in this scheme and plot to "ruin" Mr. Mishiyev's career, livelihood and reputation which in turn trickled down and harmed my organization and annual talent show that helped the inner-city youth.

16. I also believe this all to be true after watching the confession video of DJ Khaled and Arlandal Davis boasting about how they are the mob bosses and the reason "DJ Short-E aint' made it in 20 years".

17. **I am willing to testify to this all, in court and under oath**.

**FURTHER AFFIANT SAYETH NOT**.

_____
AFFIANT

BEFORE ME, the undersigned authority, personally appeared ERIC GREEN, personally known to me or <u>who produced IDENTIFICATION CARD</u>, as identification, who under oath, executed the foregoing on ___02___ / ___18___, 2025.

NOTARY PUBLIC

My commission expires: 10.3.2028



IOANA MCKE____
Notary Public
State of Florida
Comm# HH6002__
Expires 10/3/20__