UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
TAMPA DIVISION

ERIK MISHIYEV

  Plaintiff,

v.

UMG Recordings, Inc., *et al.*,

  Defendants.

_____/

Case No.: 8:23-cv-01942

### **PLAINTIFF MOTION FOR RELIEF**

COMES NOW, The Plaintiff (Mr. Mishiyev or "Erik" or "DJ Short-E" files this Motion for relief to respectfully ask the Honorable Judge Scriven to intervene and prevent Defendants from stonewalling and interfering with DJ Short-E's career on YouTube. These Defendants play dirty and not only maliciously target their competitor but are also alleged to defame and assassinate the character of their own artist Drake. A New York Judge denied these Defendants attempt to stay discovery in that related case, so Plaintiff requests this court to grant his Motion for Summary Judgement (Dkt #89) and this Motion for Relief and requests the following:

    01. A court order demanding the Defendants release all of DJ Short-E's videos back to YouTube <u>and show proof they did so.</u>

    02. A court order granting Plaintiff **$1,000,000** in lost and future wages.

1

*"NOW IT'S TIME TO SEE WHAT UMG WAS SO DESPERATELY TRYING TO HIDE."*  -MICHAEL GOTTLIEB (DRAKE'S LEADS COUNSEL)

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury, but it's obvious the Defendant's will never agree to that because the Defendants did not follow proper protocol, when they ignored the Fair Use and DMCA laws and failed to take court action against the Plaintiff, essentially stealing Erik's content that lead to a Bankruptcy, <u>Lost wages</u>, Lost relationships, Loss of his Sister's Life and a *for ruining his reputation on YouTube and his earnings beyond repair.*

## CONCLUSION

**WHEREFORE,** the Plaintiff requests this Motion for Relief to be granted because UMG allowed Plaintiff to DJ on YouTube freely for over 10 years and then once he became viral UMG was influenced by their associates who are Plaintiff's evil rivals and competitors in Tampa and they put fraudulent copyright claims on his videos which they knew would get his channels terminated. They did this intentionally and with malicious intent so the Plaintiff could not compete against them or the DJs in Florida who support their labels and music because UMG commercially bribed them for decades.

# STATEMENT FROM DRAKE'S ATTORNEY ON JUDGE DENYING UMG's MOTION TO STAY DISCOVERY

**NEW YORK-At** a pre-trial conference this morning in New York, Judge Jeanette Vargas ruled that Drake's legal team can begin the discovery process which is likely to include deposing key executives and requesting document production. The move comes in response to UMG's request that the court delay discovery; that motion has now been denied.

In response to today's ruling, Drake's lead attorney, [Michael Gottlieb](), Partner at Willkie Farr & Gallagher issued the following statement:

> *"Now it's time to see what UMG was so desperately trying to hide*

Respectfully Submitted on April 17, 2025.

/s/Erik Mishiyev
PLAINTIFF

COUNTLESS DJ'S ON YOUTUBE ARE FOUND MIXING AND PERFORMING ON YOUTUBE.



THIS DJ "ERIC" HE IS NOT AUTHENTIC BUT HE IS POSTING SAME CONTENT PLAINTIFF USED TO WITHOUT ANY INTERFERENCE!

THIS SCREENSHOT EVIDENCE BELOW IS THE KEY WITNESS TO CORROOBRATE ALL THE PLAINTIFF'S ALLEGATIONS SHE KNOWS THESE DEFENDATS AND THEIR ASSOCIATES AND WORKED ON THE RADIO IN TAMPA FOR 18 YEARS.



QUOTE "ANYONE WHO WORKED THERE WITNESSED THEM VOWING TO RUIN YOU". -ALLISON GORDON FORMER WILD 94.1FM ON-AIR PERSOALITY AND DJ FOR 18 YEARS IN TAMPA, FL.

## **CERTIFICATE OF SERVICE**

I hereby certify that the following has been filed and mailed to counsel on the record for Defendants in this case via the online court portal.

Loreal R. Rock
(D.C. Bar No. 1656476)
*Pro Hac Vice*
LRock@jenner.com

Kara V. Brandeisky
(D.C. Bar No. 90020421)
*Pro Hac Vice*
KBrandeisky@jenner.com

Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax

*Attorneys for Defendants UMG Recordings, Inc.; Isolation Network, Inc.; Sony Music Entertainment; and Orchard Enterprises NY, Inc.*

Case 8:23-cv-01942-MSS-NHA

RESPECTFULLY SUBMITTED this 17th day of April 2025.

/s/Erik Mishiyev
Plaintiff