UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

      Plaintiff,

v.                                            Case No. 8:23-CV-1942-MSS-NHA

UMG RECORDINGS, INC;
SONY MUSIC ENTERTAINMENT;
THE ORCHARD MUSIC;
YT ROCKET; INGROOVES;
ODMEDIA NETWORK;
and VIOLENT MUSIC BV,

      Defendants.

_____

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

    Defendants, UMG Recordings, Inc., Ingrooves, Sony Music Entertainment, and Orchard Enterprises NY, Inc. (collectively "Moving Defendants") by and through their undersigned attorney and pursuant to Middle District Local Rule 2.02(c), hereby file this Unopposed Motion for Withdrawal as counsel of record in this cause and states the following:

1. On November 29, 2023, Loreal R. Rock, Esq. of Jenner & Block LLP filed a Notice of Appearance as counsel on behalf of the Moving Defendants.

2. On April 25, 2025, Ms. Rock's affiliation with Jenner & Block LLP will end.

1

3. Gianni P. Servodidio and Kara V. Brandeisky of Jenner & Block LLP will remain as counsel of record for the Moving Defendants in this action.

4. As of the date of this Motion, no objection has been raised about the withdrawal of Ms. Rock and the continued representation by Mr. Servodidio and Ms. Brandeisky.

5. The clients on whose behalf this withdrawal is being filed have consented to the withdrawal.

6. The relief requested herein is for good cause and will not result in undue delay in the administration of this litigation.

**WHEREFORE**, Defendants UMG Recordings, Inc., Ingrooves, Sony Music Entertainment, and Orchard Enterprises NY, Inc., respectfully request that this Court enter an Order withdrawing attorney Loreal R. Rock, Esq. as counsel of record.

Dated: April 24, 2025

*/s/ Loreal R. Rock*

Loreal R. Rock
(Maryland Bar No. 1712140143)
*Pro Hac Vice*
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639 6066 Fax
LRock@jenner.com

## LOCAL RULE 3.01(g) CERTIFICATION

I have conferred with the opposing party and represent the opposing party does not oppose this withdrawal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the court and has been electronically served to Erik Mishiyev of 6697 Emmy Ln., Apt. 309, Wesley Chapel, FL 33544 on this 24th day of April, 2025.

Respectfully submitted,

*/s/ Loreal R. Rock*

Loreal R. Rock
(Maryland Bar No. 1712140143)
*Pro Hac Vice*
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639 6066 Fax
LRock@jenner.com