IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

   Plaintiff.

                                              Case No.: 8:23-cv-01942

v.

UMG RECORDINGS, INC., et al.

   Defendants.

_____/

**PLAINTIFF MOTION TO COMPEL DISCOVERY/DEPOSITIONS WITH WITNESSES**

    **COMES NOW**, The Plaintiff (or "Erik" or the real "DJ Short-E" of Hot Forever Entertainment) files this Motion to Compel Defendants in good faith effort to confer with Defendants as required under Local Rule 3.01(g) **(See attached E-mail exhibit to certify this attempt)** with respect to this motion and the relief sought.  Along w/ this motion Plaintiff is exhibiting a "Witness List" to be used for Discovery and trial. *These witnesses below can corroborate allegations from 2002-2025:*

01.  Allison Gordon AKA Alli that Girl (worked in local radio for 18 years with Antisemitism claims)

02. Lucky Sklya (witnessed Antisemitism w/ Allison Gordon on Jewish Holidays at work)

03. Eric Green (witnessed Defendants have said false statements and interfered 20 years.)

04. Alex Rodiguez (witnessed assault and antisemitism incident in Tampa on 04/2021)

05. Amber Bogart (witness Plaintiff met who can confirm Plaintiff's reputation is ruined in Tampa)

06. Italo Pignano (witness club owner who confirms he didn't hire Plaintiff because of reputation)

07. Kit Miller (witness to Plaintiff's former success in the nightlife industry in Tampa Bay)

08. DJ Que (witness to Facebook social media defamation campaign and discrimination)

09. Daniel Taub AKA Verbal Science (witness to defendants interfered with major Record deal)

10. Other witnesses can be contacted such as former party goers, venue owners and clients.

**EXHIBIT "A" CLICK BELOW**
**IN 2005 PLAINTIFF GROSSED $10,000 WEEKLY AT VENUE'S IN TAMPA BAY**





WATCH VIDEO EVIDENCE OF PLAINTIFF'S CLAIMS TO A FORMER BIG FOLLOWING IN TAMPA IN THE YEAR 2005 BUT EVER SINCE, THE DEFENDANTS HAVE BEEN TARGETING AND SABOTAGING HIM FOR 20+ YEARS!

https://www.youtube.com/watch?v=QesMNpngaF8

Click link above for evidence that Plaintiff used to be the most popular DJ in Tampa

and common sense should tell the Judge and this court why that all went away.

2

**WHEREFORE,** The Plaintiff respectfully asks the Judge and courts to **intervene within 14 days** from this Motion and **compel Defendant's** to cooperate with Discovery and allow scheduling of Depositions. Plaintiff is seeking **$25,000,000** in damages. **$1M** for every year Defendant's and their employees conspired with Diddy, DJ Khaled, Fat Joe, Beasley Media, COX Media, iHeartmedia and others like YouTube and UMG, all at the direction and coordination of their friend Orlando Davis of WiLD 94.1FM and associates- quote, I'm the reason "DJ Short-e ain't made in 20 years" that was stated on 04/17/2020 and nothing has changed for Plaintiff as of May 2025. It is indisputable that Orlando Davis has connections with these Defendants. Plaintiff lost his Platform, his reputation is destroyed and tarnished beyond repair, and they've continued to interfere. Plaintiff demands a Jury by trial or a Judgement so he can recoup for **25 years of lost time, wages, investments, loss of hopes, dreams and the loss of his sister Julie who was a single mom** that left behind a minor child who Erik invested in and supported for 14 years but could no longer do that because of the Defendant's actions and she passed away and so did others and Plaintiff remains in a hardship and needs immediate relief and his YouTube channels back, and UMG is stonewalling him.

**Respectfully Submitted and Motioned on 05/06/2025**

/s/ Erik Mishiyev
Plaintiff Pro Se

3



Erik M <erikmishiyev@gmail.com>

## Case: 8:23-cv-01942 Mishiyev v UMG, et al. - Good Faith Request to confer about Motion for Compel Discovery and Relief sought

**Erik M** <erikmishiyev@gmail.com>  Tue, May 6, 2025 at 12:58 PM
To: "kbrandeisky@jenner.com" <KBrandeisky@jenner.com>, Clara Reaves <Clara_Reaves@flmd.uscourts.gov>

Good afternoon counsel as per the court order today I must confer with you Ms. Brandeisky.

As you may know I've already tried several times in good faith and effort to confer with Defendants as required under Local Rule 3.01(g) with prior counsel on record who I have previously conferred on the phone a few times since this case started and was clear about my intentions via email and on the phone several times, until she recently withdrew mysteriously.

Please let me know if your clients oppose my Motion to Compel Discovery and Depositions and the relief that I am looking for with respect to my videos that include my face, my voice, my name, my original content, my logos etc that I allege were hijacked and stolen from my platform without my permission etc.

This caused my relationship and company tremendous harm with YouTube which put us in an ongoing hardship. This stems from the on air Dj's in Tampa who have relationships with your clients for 20+ years and play their music and have to support their artists because they are bribing them against me so I can't compete and become successful again.

Please let me know if you oppose or agree to conferring about this before the hearing on 5/22?

I am hoping your clients release my videos so I can get my main source of income back and the only platform I have built up since 2007 and recoup all my lost investments and wages from this situation that caused my single mom sister to pass away in 2021 because I was her lifeline.

At the end of the day DJs are supposed to play music that is what their livelihood is all about. There is nothing out of the ordinary Plaintiff was doing and your Defendants allow countless other DJs that are Plaintiffs rivals the ability to be a DJ without interference or fraudulent takedowns. I have had no issues with your clients since I was in high school all the way up until 2019... then just 1 year later a local ON AIR DJ rival who works with your clients admitted "he's the reason Plaintiff didn't make it" in 2020 plus new incidents since this case was filed.

**Please excuse any typos and get back to me about this Confer request by 5/7/2025 in preparation for our hearing on 5/22 which I plan to retain counsel for.**

Respectfully but with urgency,

Erik Mishiyev
Plaintif
917-727-4684

```
This email and any files transmitted with it are confidential and intended solely for
the use of the individual or entity to whom they are addressed.
```

**WITHOUT DEFENDANTS' COOPERATION THE PLAINTIFF CAN NOT GET HIS 500+ VIDEOS AND HIS YOUTUBE CHANNEL BACK ONLINE IF THAT'S EVEN POSSIBLE BY NOW BECAUSE DEFENDANTS HAVE CAUSED YOUTUBE TO TERMINATE HIS BIGGEST MAIN CHANNELS!**



**PLAINTIFF GROSSED $15,000 PER MONTH ON YOUTUBE AND DEFENDNATS AND THEIR RADIO ASSOCIATES WHO ARE GREEDY ENVIOUS AND JEALOUS OF THE PLAINTIFF WORKED TOGETHER IN A CONCERTED EFFORT TO STOPPED IT!**



4

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

ERIK MISHIYEV,

    Plaintiff,

v.

KHALED MOHAMED KHALED, ARLANDAL DAVIS A/K/A ORLANDO DAVIS, BEASLEY MEDIA GROUP, LLC, and WE THE BEST MUSIC, INC.,

    Defendants.

Case No. 23-CA-017047

## ORDER DENYING MOTION FOR A FINDING OF VEXATIOUS LITIGATION

    THIS CAUSE came before the Court on a hearing conducted on September 30, 2024 regarding Defendants Orlando Davis's and Beasley Media Group, LLC's (collectively, "Beasley's") Motion to For a Finding of Vexatious Litigation (Doc. 44; the "Motion"). Plaintiff Erik Mishiyev filed a series of responses to the Motion, and Beasley filed a reply in support of the Motion. Having heard the arguments of counsel, reviewed the parties' papers, and being otherwise fully advised on the premises, the Court herby **DENIES** the Motion for the reasons stated on the record at the September 30, 2024 hearing.

**DONE AND ORDERED** in Chambers in Hillsborough County, Florida this \_\_\_\_ day of October 2024.

23-CA-017047 11/20/2024 11:35:37 AM
**23-CA-017047 11/20/2024 11:35:37 AM**

_____
The Hon. Christopher C. Nash

Copies furnished to:
All counsel of record

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6th, 2025, I served the foregoing document upon all parties on the service list via Florida's file E-portal.

/s/ Erik Mishiyev
Plaintiff Pro Se
Erik Mishiyev
7205 Bay Club Ct
Tampa, FL 33607
(917) 727-4684

Email: erikmishiyev@gmail.com
2DCA Appeals Attorney: JackmanLawPA@gmail.com

5