UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ERIK MISHIYEV,**

    **Plaintiff,**

v.                              Case No.: 8:23-CV-1942-MSS-NHA

**UMG RECORDINGS, INC; SONY MUSIC ENTERTAINMENT; THE ORCHARD MUSIC; YT ROCKET; INGROOVES; ODMEDIA NETWORK; AND VIOLENT MUSIC BV,**

    **Defendants.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of United States Magistrate Natalie Hirt Adams's Report and Recommendation dated February 12, 2026 (the "Report"), (Dkt. 164), which recommended that the Court grant Defendants UMG Recordings, Inc., Isolation Network, Inc., Sony Music Entertainment, and Orchard Enterprises NY, Inc.'s motion for a determination that they are entitled to an attorney's fee award. (Dkt. 158) Plaintiff has not filed an objection to the Report and Recommendation, and the deadline for doing so has passed. As explained below, the Report is due to be **ADOPTED**.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and

complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." <u>Jeffrey S. v. State Bd. of Educ.</u>, 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court concludes that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 164), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendants UMG Recordings, Inc., Isolation Network, Inc., Sony Music Entertainment, and Orchard Enterprises NY, Inc.'s motion

for a determination that they are entitled to an attorney's fee award, (Dkt. 158), is **GRANTED**.

3. Within **forty-five (45) days** of the date of this Order, Defendants are **DIRECTED** to file a supplemental motion setting forth the amount to which they claim to be entitled and providing evidence in support of the amount claimed. See Rule 7.01 of the Local Rules of the United States District Court for the Middle District of Florida.

4. This case shall remain **closed**.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of March 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person