UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

ERIK MISHIYEV,

Plaintiff,

v.

UMG RECORDINGS, INC,

*et al.*,

Defendants.

_____/

Case No.: 8:23-cv-1942-MSS-NHA

## PLAINTIFF'S OPPOSITION TO ORDER ADOPTING REPORT AND RECOMMENDATION [DOCKET #165]

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") and responds to the Order Adopting Report and Recommendation [Docket #165], as follows:

## STATEMENT OF FACTS

1. Plaintiff, Erik Mishiyev alleges the Defendants in this case caused him financial and reputable harm which lead to an actual Bankruptcy to be filed in May of 2021 and his employment and hardship status has not yet changed.

2. Plaintiff, ERIK MISHIYEV (the "Plaintiff" aka "DJ Short-E") has sued the Defendants UMG Recordings, Inc. and Sony and their subsidiaries ("UMG" and "Sony"), et al. (collectively, the "Defendants"), for damages and other relief.

3. On September 11, 2025 this Court entered an Order Denying Plaintiff's Motion For Summary Judgment and Granting Defendant's Cross Motion For Summary Judgment [Docket #151].

1

4. On October 2, 2025, the Plaintiff filed a Notice of Appeal [Docket #160] and Motion To Appeal In Forma Pauperis [Docket #161].

5. This resulted in an appeal case being initiated in the 11th Circuit Court of Appeals and that case has <u>Case Number 25-13481 and is an active appeal</u> and Plaintiff is still waiting on his Motion to proceed In Forma pauperis and verified it's still pending on 01/15/2026, 02/01/2026 and again 03/05/2026 and for some reason it's still pending a decision.

6. The Plaintiff <u>was also never served</u> with the Motion For Attorney Fees [Docket #158] and Declaration In Support of Motion For Attorney Fees [Docket #159] , which were filed on September 29, 2025.

7. The Plaintiff was also never served with the Report and Recommendation re 158 Motion For Attorney's Fees [Docket #164), which was issued on <u>February 12, 2026</u>.

8. It is the position of the Plaintiff, as further set forth in the Legal Arguments below, that there was no jurisdiction for this Court to enter any relief on any motions filed, after the Notice of Appeal was filed and an active appeal was initiated in the 11th Circuit Court of Appeals.

## <u>LEGAL ARGUMENTS</u>

9. "The filing of a notice of appeal is an event of jurisdictional significance — it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58, 103 S.Ct. 400, 402, 74 L.Ed.2d 225 (1982); *see Dayton Indep. Sch. Dist. v. U.S. Mineral Prods. Co.,* 906 F.2d 1059, 1063 (5th Cir. 1990)

10. This is well established case law.

11. As the Eleventh Circuit has explained, once a notice of appeal has been filed, the "district court retains only the authority to act in aid of the appeal, to correct clerical mistakes, or to aid in the execution of a judgment that has not been superseded." *Showtime/The Movie Channel, Inc. v. Covered Bridge Condominium Ass'n, Inc.,* 895 F.2d 711, 713 (11th Cir.1990)

12. Hence, there was no jurisdiction in this Court for any motions to be filed regarding attorney's fees and any orders that resulted from them should be vacated.

**WHEREFORE**, Plaintiff, Mr. Mishiyev prays that the Court <u>vacate</u> the Order Adopting Report and Recommendation [Docket #165] and deny any pending motions filed in this case for the reason stated in this response in opposition.

RESPECTFULLY SUBMITTED on this <u>11th</u> day of March 2026.

<u>**/s/ Erik Mishiyev**</u>
Erik Mishiyev
Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on counsel for the Defendants by email as follows:

Andrew H. Bart (Lead Counsel)
(N.Y. Bar No. 1206341)
Pro Hac Vice
Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036
(202) 891-1600 Phone
(202) 891-1699 Fax
ABart@jenner.com

Loreal Rock (Maryland Bar No.1712140143)
Pro Hac Vice
Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax
LRock@jenner.com

RESPECTFULLY SUBMITTED this 11th day of March 2026

*/s/ Erik Mishiyev*
ERIK MISHIYEV
3501 Bessie Coleman Blvd #22365
Tampa, FL 33622
www.HotForever.com
s917-727-4684
erikmishiyev@gmail.com

4