# Exhibit B

Case 8:23-cv-01942-MSS-NHA    Document 168-3    Filed 04/23/26    Page 1 of 7 PageID
1545

**Brandeisky, Kara V.**

| | |
|---|---|
| **From:** | Erik M <erikmishiyev@gmail.com> |
| **Sent:** | Tuesday, April 21, 2026 4:04 PM |
| **To:** | Brandeisky, Kara V.; Keiron Jackman; Chambers_FLMD_Scriven@flmd.uscourts.gov; Jonathan Bierfeld; Clara Reaves; Rock, Loreal R.; jesse@binnall.com |
| **Cc:** | Servodidio, Gianni P. |
| **Subject:** | Re: Mishiyev v. UMG Recordings, Inc. et al., 8:23-cv-01942-MSS-NHA (M.D. Fla.) |
| **Attachments:** | Tampa Bay Music Radio Monopoly Map.jpg |

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

To: CEO of Sony Music (LUCIFER GRAINGE) and UMG CEO (ROB STRINGER) and the Defendants, please take notice that I plan to file a new lawsuit for Defaming me to YouTube and other 3rd parties with false claims that I use copyrighted material, as everyone knows that your clients encourage DJs to play music for a living and spread their new songs on the radio, in the clubs, online, and this was done against FAIR USE laws and DMCA and I plan to file a lawsuit where Mr. Kash Patel the FBI director just did in the U.S. District Court for the District of Columbia. This is not just a TAMPA thing, this is a NATIONAL conspiracy and fraud and 1 big UGLY monopoly that funnels millions to criminals like Sean Combs and violent rappers with criminal records and they are grossly negligent and failed to realize that hiring or giving these types of ruthless criminals that much money will and can cause harm to competitors in many ways, and weaponizing fraudulent copyright claims is just 1 of them and evidence will show the sabotage began once i started posted pro Trump videos in 2015 and is still happening now in 2026 i am censored and shadow banned and not popular anymore and that was done intentionally and maliciously, obviously.

I have not been happy in many many many years, this caused me and my family death and destruction and your clients are not going to get 1 penny from me and i will sue in U.S. District Court for the District of Columbia and claim their actions also affected by ability to win an Election in District 14 since 2020, 2022, 2024 and now 2026 i cant compete like this.

Email settlement offers by 4/30/2026 to JackmanLawPA@gmail.com before I draft this new federal lawsuit where Mr. Patel filed his and I hope to God that his attorney CC'd in this email tells him and other authorities what's happening in Tampa Bay and Miami. SEE ATTACHED! Your clients are cooked and cornered counsel.

Erik Mishiyev
Candidate/former DJ
www.HotForever.com
www.ErikMAGA.com
917-727-4684

Erik Mishiyev

1

On Tue, Apr 21, 2026 at 11:08 AM Erik M <erikmishiyev@gmail.com> wrote:
I am on the phone with the 11th DCA in Atlanta and they said i filed my motion **Motion to Proceed *In Forma Pauperis in October 2025 but it's still pending?***

***This court system is a JOKE!***

On Tue, Apr 21, 2026 at 11:02 AM Erik M <erikmishiyev@gmail.com> wrote:
We all think Tampa Bay is RED but it's BLUE and corrupt!

On Tue, Apr 21, 2026 at 11:01 AM Erik M <erikmishiyev@gmail.com> wrote:
Mr. Binnall, you need to contact the FBI and CIA and tell them what's happening to innocent Americans and conservatives who are trying to make an honest living!

On Tue, Apr 21, 2026 at 10:59 AM Erik M <erikmishiyev@gmail.com> wrote:
Here is the appeal number in this case that's been sitting stagnant in the 11th DCA, why?

CASE 25-13481-D (Erik Mishiyev v. UMG Recordings, Inc., et al)

ATTORNEY'S FEES SHOULD NOT BE GETTING GRANTED WHILE AN APPEAL IS PENDING! IT'S BEEN OVER 6 MONTHS WAITING ON THEM TO PROCESS MY WAIVER TO PROCEED WITHOUT PAYMENT FOR BEING IN A HARDSHIP WHICH WAS CAUSED BY YOUR CLIENTS.

ERIK

On Tue, Apr 21, 2026 at 10:53 AM Erik M <erikmishiyev@gmail.com> wrote:
Mr Attorney Jesse Binnal (Counsel for FBI's Cash Patel)

Forward this to the FBI and Trump administration. Please see what's happening in Tampa Bay, the courts are corrupt, the left wing liberal radio and labels are targeting conservative Trump supporters and causing harm and deplatforming ME (conservatives) so we can't make money or get popular or win elections! Look at what the Middle District of Florida is allowing to happen to me, but NO ONE else in Florida that is going thru this or anywhere else for that matter. www.ERIKMAGA.com is being sabotaged for the last 3 terms 2022 2024 and now 2026!

Erik Mishiyev
Plaintiff

On Tue, Apr 21, 2026 at 10:44 AM Erik M <erikmishiyev@gmail.com> wrote:
A MAJOR LAW FIRM NEEDED 4 LAWYERS TO TAKE ON 1 PRO SE PLAINTIFF? THAT IS AND WAS UNNECESSARY YOU MORONS! You needed 4 lawyers against 1 person that doesn't have a law degree? That billing and hiring 4 people was unnecessary, you can't handle me 1 on 1? YOU COWARDS in suits!

On Tue, Apr 21, 2026 at 10:40 AM Erik M <erikmishiyev@gmail.com> wrote:
Meet my Bankruptcy attorney Jonathan Bierfeld attached, he knows why i am in a bankruptcy because my youtube channels got taken down because of your clients unlawful actions. You can talk to him if you want, I cc'd him in this email. My financial status has not changed since your clients broke the law. You are not getting 1 penny from me, tell your clients there are many other Federal Courts that will understand if this one does not understand that there are COUNTLESS DJ'S on YouTube and your clients never bothered me in my 30 year career.

This is common sense that I am being targeted and sabotaged by evil jealous envious rivals. Your clients support demonic devil music that spreads to our youth all over the radio, you should be proud of yourself counsel. Anything for some money HUH? You have no integrity!

Why didn't you make an appearance in case 25-CA-001914? Cause I busted  your clients in a MONOPOLY! Now I'm going to ask for 10 BILLION DOLLARS IN THAT CASE! Not 500 million, im coming for your clients, who broke the law and caused me harm.

Again contact my BK attorney who is CC'd in this email, send him the bill if this court illegally grand fee's while im waiting on the appeals court, you will be listed in another Bankruptcy that your clients caused AGAIN and then i will file another lawsuit in Miami Federal Court where Diddy and DJ Khaled and Terror Squad live.

GOOD LUCK WITH THAT ONE! **AND THIS ONE ATTACHED!** **YOUR CLIENTS ARE COOKED YOU WON'T WIN AT THE END OF THIS MONOPOLY CASE AND I WILL BE ASKING FOR BILLIONS TRUST ME! YOUR CLIENTS CAUSED ME TO LOSE AN ELECTION TOO!**

Erik Mishiyev

On Tue, Apr 21, 2026 at 10:29 AM Erik M <erikmishiyev@gmail.com> wrote:
I have filed an appeal to morons, why it's sitting in Atlanta all these months is beyond. This is a lie, you did not incur $294,000 in legal fees you're full of crap, and you know your clients are listed in a similar matter case 25-ca-001914 and I am in a hardship and got a bankruptcy because of your clients and their associates in Tampa Bay and Miami. I DISPUTE this garbage and I will file more lawsuits against your clients, this is far from over, I will be filing lawsuits in every FEDERAL COURT in America until 1 of them does the right thing. You need to forward this message to your clients. I have no money and you can't collect from someone who is indigent and I will file another Bankruptcy as well and this time i will file a lawsuit against the Middle District of Florida court too for failing to do the right thing.
!
Knock yourself out lady you can't get money I don't have and you are CROOKS in suits, you will perish in hell for misconstruing the facts in my case. YOU WILL ALL ROT IN HELL!

Erik

On Tue, Apr 21, 2026 at 10:23 AM Brandeisky, Kara V. <KBrandeisky@jenner.com> wrote:

Mr. Mishiyev,

As you know, the Court granted Defendants' motion for a determination that they are entitled to attorneys' fees.  Pursuant to the Court's order, Defendants intend to file a supplemental motion on the amount of the attorneys' fees.  As noted in our initial motion, Defendants are seeking $294,900 for 474.60 hours of work done by four attorneys.

Pursuant to Local Rules 3.01(g) and 7.01, please let me know if you dispute Defendants' entitlement to $294,900 in attorneys' fees, and if so, on what basis.  We intend to file our motion this Thursday.

Thanks,

Kara

**Kara V. Brandeisky**

**Jenner & Block LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412   |   jenner.com
+1 202 639 3865    |   Tel
+1 332 237 8537    |   Mobile
Pronouns : She / Her
KBrandeisky@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

--
Thank You,
Erik Mishiyev
917-727-4684

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.

--
Thank You,
Erik Mishiyev
917-727-4684

4

This email and any files transmitted with it are confidential and intended solely
for the use of the individual or entity to whom they are addressed.

--

Thank You,

Erik Mishiyev

917-727-4684

This email and any files transmitted with it are confidential and intended solely for
the use of the individual or entity to whom they are addressed.

--

Thank You,

Erik Mishiyev

917-727-4684

This email and any files transmitted with it are confidential and intended solely for
the use of the individual or entity to whom they are addressed.

--

Thank You,

Erik Mishiyev

917-727-4684

This email and any files transmitted with it are confidential and intended solely for
the use of the individual or entity to whom they are addressed.

--

Thank You,

Erik Mishiyev

917-727-4684

This email and any files transmitted with it are confidential and intended solely for
the use of the individual or entity to whom they are addressed.

--

Thank You,

Erik Mishiyev

917-727-4684

This email and any files transmitted with it are confidential and intended solely for
the use of the individual or entity to whom they are addressed.

--

Thank You,

Erik Mishiyev

917-727-4684

This email and any files transmitted with it are confidential and intended solely for the
use of the individual or entity to whom they are addressed.

--

Thank You,

Erik Mishiyev

917-727-4684

This email and any files transmitted with it are confidential and intended solely for the
use of the individual or entity to whom they are addressed.