United States District Court
Middle District of Florida
Tampa Division

ERIK MISHIYEV,

      Plaintiff,

v.                                                    No. 8:23-CV-1942-MSS-NHA

UMG RECORDINGS, INC;
SONY MUSIC ENTERTAINMENT;
THE ORCHARD MUSIC;
YT ROCKET; INGROVEES;
ODMEDIA NETWORK;
and VIOLENT MUSIC BV,

      Defendants.

---

**DEFENDANTS' NOTICE OF SUPPLEMENTAL SERVICE OF
SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES**

On April 23, 2026, Defendants filed their Supplemental Motion for Attorneys' Fees. Dkt. 168.

On April 24, 2026, Defendants served Dkt. 168 upon Plaintiff by United States mail at 3501 Bessie Coleman Blvd #22365, Tampa, FL 33622, the address Plaintiff provided in his most recent court filing and the address listed for Plaintiff on the docket. *See* Certificate of Service, Dkt. 168; *see also* Dkt. 166 at 4 (Plaintiff's certificate of service identifying this address).

Defendants subsequently learned that this mailing was returned as undeliverable. *See* Exhibit A (returned envelope and certified mail card).

2

Defendants are additionally serving Dkt. 168 upon Plaintiff by electronic mail to erikmishiyev@gmail.com.  Plaintiff identified erikmishiyev@gmail.com as his email address in the certificate of service appended to his most recent court filing.  *See* Dkt. 166 at 4.


Dated: May 14, 2026                           */s/ Kara V. Brandeisky*
                                                    Kara V. Brandeisky